UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:04-CR-36-SPM

GEORGE B BETHEA,

    Defendant.
_____/

## **ORDER**

This cause comes before the Court on Defendant's Motion for Reconsideration of Sentence (doc. 65). Defendant's motion appears to encompass two requests: (1) reconsideration of his sentence with respect to previous amendments to the sentencing guidelines; and (2) a sentence reduction based on an amendment to the guidelines that went into effect November 1, 2011. With respect to the first request, Defendant has filed several similar motions requesting the same relief (docs. 51, 54, 57, 63), which the Court properly denied (docs. 53, 55, 58, 64). For the reasons expressed in the Court's prior Orders, and as guideline amendments would not affect the Defendant's guideline calculations or his sentence, that request is denied.

With respect to the second request, Defendant is not entitled to a sentence reduction pursuant to the retroactive amendment for the same reasons stated in previous Orders. Defendant was originally sentenced pursuant to a statutorily required

minimum of life imprisonment. The retroactive amendment has no affect on this. Defendant's sentence was later reduced based on a substantial assistance motion filed by the Government, but that does not change that the starting point for Defendant's sentence was a mandatory minimum of life imprisonment, which remains unaltered. Accordingly, it is hereby ORDERED AND ADJUDGED that the Defendant's Motion to Reduce Sentence (doc. 63) is DENIED.

DONE AND ORDERED this 15th day of December, 2011.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge